SCOTT J. SAGARIA (BAR # 217981)
KYLE W. SCHUMACHER (BAR # 282427)
SAGARIA LAW, P.C.
2033 Gateway Pl., Floor 5
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Debtors

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**NICHOLAS JAMES RODRIGUEZ and ELIANA RODRIGUEZ**,<br><br>Debtor.<br>_____<br>**NICHOLAS JAMES RODRIGUEZ and ELIANA RODRIGUEZ**,<br><br>**Appellants**<br><br>v.<br>**The Golden 1 Credit Union**<br><br>**Appellees** | District Court Case Number NO. **2:16-CV-01622-JAM**<br><br>Bankruptcy Court Case Number NO. **15-29285-C-7**<br><br>Adversary Proceeding Number NO. –<br><br>Bankruptcy Appellate Panel Number NO. **EC-16-1160**<br><br>Chapter 7<br><br>**ORDER GRANTING AMENDED STIPULATION BETWEEN PARTIES FOR EXTENSION OF TIME FOR APPELLANTS TO FILE OPENING BRIEF** |

Appellants Nicholas James Rodriguez and Eliana Rodriguez (hereinafter "Appellants") and appellee The Golden 1 Credit Union (hereinafter "Golden 1"), by and through their respective counsel, have agreed to stipulate to extend the

1

time in which Appellants have to file their opening brief by fourteen (14) days, or until November 11, 2016. Appellees responsive brief shall be filed and served on or before December 12, 2016. Appellant may file a reply brief on or before December 27, 2016.

**IT IS SO ORDERED** that Appellants shall have an extension of time of fourteen (14) days to file their opening brief, or until on or before November 11, 2016. Appellees responsive brief shall be filed and served on or before December 12, 2016. Appellant may file a reply brief on or before December 27, 2016.

**APPROVED AS TO FORM AND CONTENT.**

Dated: November 14, 2016                              **SAGARIA LAW, P.C.**

                                         By:  */s/ Kyle W. Schumacher*
                                                Kyle W. Schumacher
                                                Attorneys for Appellants

Dated: November 14, 2016                              **BUCHALTER NEMER**

                                         By:  */s/ Valerie Bantner Peo*
                                                Valerie Bantner Peo
                                                Attorneys for Appellee The Golden 1 Credit Union

IT IS SO ORDERED:  11/14/16

                                          /s/ John A. Mendez
                                          United States District Court Judge